AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-D/ND
2026 JAN 8 10:5

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Kristina Dachelle MOODY<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cr-00008-2 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kristina Dachelle MOODY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud (4 counts)
Conspiracy to Commit Money Laundering
Forfeiture Notice

Date: 01/08/2026

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/08/26, and the person was arrested on *(date)* 1/25/26
at *(city and state)* Bismarck, North Dakota.

Date: 1/26/26

[signature]
*Arresting officer's signature*

Dustin Shafer Devon
*Printed name and title*